| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**    **Dynalyst Corporation**

**2. All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    2 7 – 0 8 1 6 4 6 5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1008 Carlos G Parker Blvd., SW** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Taylor**      **TX**    **76574-4511** | |
| City      State    ZIP Code | City    State    ZIP Code |
| **Williamson** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Dynalyst Corporation**  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

District _____ When _____ Case number _____
                                              MM / DD / YYYY

District _____ When _____ Case number _____
                                              MM / DD / YYYY

Debtor **Dynalyst Corporation** _____ Case number (if known) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |
|---|---|---|

☐ Yes. Debtor _____ Relationship _____

District _____ When _____ MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor _____ Relationship _____

District _____ When _____ MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street

_____

_____     _____   _____
City                              State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.
Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 3

Debtor **Dynalyst Corporation** _____ Case number (if known) _____

| 14. Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **07/02/2018**
    MM / DD / YYYY

    X **/s/ T. Craig Takacs**         **T. Craig Takacs**
    Signature of authorized representative of debtor    Printed name

    Title **President**

18. **Signature of attorney**

    X **/s/ Larry A. Vick**         Date **07/02/2018**
    Signature of attorney for debtor        MM / DD / YYYY

    **Larry A. Vick**
    Printed name
    **Larry A. Vick**
    Firm name
    **10497 Town & Country Way, Suite 700**
    Number    Street

    **Houston**              **TX**       **77024**
    City                     State        ZIP Code

    **(713) 239-1062**           **lv@larryvick.com**
    Contact phone                Email address
    **20563500**                 **TX**
    Bar number                   State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re **Dynalyst Corporation**  Case No. _____

Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept..................................................................... | **$40,000.00** |
   | Prior to the filing of this statement I have received........................................................ | **$12,500.00** |
   | Balance Due...................................................................................................................... | **$27,500.00** |

2. The source of the compensation paid to me was:
   - ☑ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

|  | CERTIFICATION |
| --- | --- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. | |
| **07/02/2018** <br> *Date* | **/s/ Larry A. Vick** <br> *Larry A. Vick*     Bar No. 20563500 <br> Larry A. Vick <br> 10497 Town & Country Way, Suite 700 <br> Houston, Texas 77024 <br> Phone: (713) 239-1062 / Fax: (832) 202-2821 |

  /s/ T. Craig Takacs

*T. Craig Takacs*
*President*

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | **Dynalyst Corporation** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sparktech, Inc.  1308 Chishold Trail, Suite 105  Round Rock, TX 78681 | | Trade debt | Unliquidated  Disputed | | | $1,223,119.00 |
| 2 | Internal Revenue Service  P. O. Box 7346  Philadelphia, PA 19101-7346 | | Taxes | | | | $150,000.00 |
| 3 | Zane Russell  21205 Lochamere  Katy, TX 77450 | | Trade debt | | | | $103,000.00 |
| 4 | On Deck Capital, Inc.  1400 Broadway  New York, NY 10018 | | Trade debt | Disputed | | | $89,904.00 |
| 5 | County of Williamson, Texas  c/o McCreary, Veselka, Bragg & Allen PC  904 South Main, Suite 100 | | Taxes | | | | $73,036.37 |

Debtor **Dynalyst Corporation**     Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Orbotech, Inc. 24620 Pasadena, CA 91185-4620 | | Trade debt | | | | $23,000.00 |
| 7   Engie Resources P O Box 9001025 Louisville, KY 40290-1025 | | Utilities | | | | $20,052.00 |
| 8   Wesley Construction 13635 Greenridge Sugar Land, TX 77498 | | Trade debt | | | | $13,200.00 |
| 9   Neltec, Inc. P O Box 392277 Pitttsburg, PA 15251-9277 | | Trade debt | | | | $8,866.39 |
| 10   Mouser Electronics P O Box 99319 Fort Worth, TX 76199-0319 | | Trade debt | | | | $6,327.01 |
| 11   DX Tech Solutions 1917 Beedict CT. Rowlett, TX 75088 | | Trade debt | | | | $5,016.00 |
| 12   Worldwide Express P O Box 733360 Dallas TX 75373 | | Trade debt | | | | $4,419.00 |
| 13   Plurtech North America, LTD 1566 Ocean Aven, Suite 18 Bohemia, NY 11716 | | Trade debt | | | | $3,500.00 |

| | Debtor **Dynalyst Corporation** | | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Deluxe IP Corp 1400 Broadfield Blvd., Suite 600 Houston, TX 77084 | | Trade debt | | | | $3,319.84 |
| 15 | A Brite P O Box 550905 Dallas, TX 75355 | | Trade debt | | | | $2,002.70 |
| 16 | Mueller Water Conditioning, Inc. P O Box 165 Houston, TX 77001 | | Trade debt | | | | $1,640.00 |
| 17 | Alliance Chemical, Inc. P O Box 445 Hutlo, TX 76634 | | Trade debt | | | | $1,628.40 |
| 18 | MacDermit Ethrone America P O Box 203543 Dallas, TX 75320-6279 | | Trade debt | | | | $1,555.20 |
| 19 | Harrington Industrial Plastics P O Box 991099 Louisville, KY 40269 | | Trade debt | | | | $1,314.40 |
| 20 | Technica USA 2431 Zanker Road San Jose, CA 95131 | | Trade debt | | | | $1,272.86 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Dynalyst Corporation**                                             CASE NO

                                                                             CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/2/2018                                    Signature  /s/ T. Craig Takacs
                                                             *T. Craig Takacs*
                                                             *President*

Date _____                       Signature _____

A Brite
P O Box 550905
Dallas, TX 75355


Airgas USA, LLC
P O Box 676015
Dallas, TX 75267-6015


Alliance Chemical, Inc.
P O Box 445
Hutlo, TX 76634


Allied Electronics Inc.
7151 Jack Newell Blvd. S.
Forth Worth, TX 76118


Altex Computers & Electronics
9414 N IH35
Austin, TX 78753


Atotech USA, LLC
29751 Network Place
Chicago, IL 60673-1297


Beyond Components
5 Carl Thompson Road
Westford, MA 01886


Bug Master
1912 Smith Road
Austin, TX 78721


Cesar Villeda
900 Golden Wheel Park Dr. #127
San Jose, CA 95112

CircuitCare, LLC
2206 W. Monroe Street
Chandler, AZ 85224


County of Williamson, Texas
c/o McCreary, Veselka, Bragg & Allen PC
904 South Main, Suite 100
Georgetown, TX 78626-5829


Deluxe IP Corp
1400 Broadfield Blvd., Suite 600
Houston, TX 77084


DHL Analytical, Inc.
P O Box 5023
Round Rock, TX 78683-5023


Digi-Key Corporation
P O Box 250
Theif River Falls, NM 56701-0677


DIS Inc.
85 Hoffman Lane, Suite Q
Islandia, NY 11749


DJB Technical Sales
85 Hoffman Lane, Suite Q
Islandia, NY 11749


DX Tech Solutions
1917 Beedict CT.
Rowlett, TX 75088


Elliott Electric Supply, Inc.
P O Box 630610
Nacogdoches, TX 75963

Engie Resources
P O Box 9001025
Louisville, KY 40290-1025


Enviro-Tek Services
P O Box 1393
Friendswood, TX 77549


Fed-Ex
P O Box 660481
Dallas, TX 75266-0481


FedEX Freight
P O Box 10306
Palantine, IL 60055-0306


Financial Agent Services
P O Box 2576
Springfield, IL 62708


Grainger
P O Box 419267
Kansas City, MO 64141-6267


Harrington Industrial Plastics
P O Box 991099
Louisville, KY 40269


Heart of Texas I.T., LLC
15520 Ranch Road 12
Wimberly, TX 78676


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Kocour Company
4800 S. St. Louis Avenue
Chicago, IL 60623-3091


Larry A. Vick
10497 Town & Country Way, Suite 700
Houston, TX 77024


Law Office of Vy-Vivian Nguyen, PLLC
1400 Broadfield, Suite 600
Houston, TX 77084


Libra Industries, Inc.
P O Box 75578
Cleveland, OH 44101-4755


MacDermit Ethrone America
P O Box 203543
Dallas, TX 75320-6279


Marc Technologies, Inc.1
14765 S.E. 62nd Drive
Clackamas, OR 97015


McMaster-Carr
P O Box 7690
Chicago, IL 60680-7690


Moss True Value
200 Commercial Drive
Taylor, TX 76574


Motion Industries
P O Box 849737
Dallas, TX 75284

Mouser Electronics  
P O Box 99319  
Fort Worth, TX 76199-0319

MP Biomedicals, LLC  
P O Box 74008447  
Chicago, IL 60674-8447

Mueller Water Conditioning, Inc.  
P O Box 165  
Houston, TX 77001

National Loan Asquisitions Company  
9126 SW Ridder Road  
Wilsonville, OR 97070

Neltec, Inc.  
P O Box 392277  
Pitttsburg, PA 15251-9277

Newark Element 14  
33190 Collection Center Drive  
Chicago, IL 60693-0331

NJ Malin & Associates, LLC  
P O Box 843860  
Dallas, TX 75284

Northern Safety Co., Inc.  
P O Box 4250  
Ultica, NY 13504-4250

Omega Refrigeration & A/C Inc.  
219 Wildwood Drive  
Georgetown, TX 78633

On Deck Capital, Inc.
1400 Broadway
New York, NY 10018

Orbotech, Inc.
24620
Pasadena, CA 91185-4620

Plurtech North America, LTD
1566 Ocean Aven, Suite 18
Bohemia, NY 11716

R. S. Hughes Co., Inc.
8606 Wall Street, Suite 400
Austin, TX 78754

Rogers Corporation
26995 Network Place
Chicago, IL 60673-1269

Saati Print
201 Fairview Street
Extension Fountain Inn, SC 29644

Saf-T-Box
620 20540 Hwy 46 West, Suite 115
Spring Branch, TX 78070

Schulenburg Printing
P O Box 429
Schulenburg, TX 78956

Southwestern Rack Company
70 Athens Drive
Mt. Juliet, TN 37122

Sparktech, Inc.
1308 Chishold Trail, Suite 105
Round Rock, TX 78681

Staples Advantage
P O Box 83689
Chicago, IL 60696-03689

Sunbelt Supply, LLC
3301 Sunrise Road
Round Rock, TX 78665

T. Craig Takacs
1400 Broadfield, Suite 600
Houston, TX 77084

Taylor Fire and Saftey
2539 CR409
Taylor, TX 76574

Taylor Iron Machine Works, Inc.
P O Box 188
Taylor, TX 76574

Technica USA
2431 Zanker Road
San Jose, CA 95131

Texas Workforce Commission
101 E. 15th Street Room 678
Austin, TX 78778

Uline
P O Box 88741
Chicago, IL 60680-1741

UPS
Lockbox 577
Carol Stream, IL 60132-0577



V-Quest Office Mach & Sup, Ltd
P O Box 157
Wier, TX 76574



Wesley Construction
13635 Greenridge
Sugar Land, TX 77498



West, Webb, Allbritton & Gentry
1012 Rio Grande Street
Austin, TX 78701-2020



Worldwide Express
P O Box 733360
Dallas TX 75373



Xerox Corporation
P O Box 660501
Dallas, TX 75266-0501



Zane Russell
21205 Lochamere
Katy, TX 77450