B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re Dynalyst Corporation,      Case No. 18-10860

**FILED APR 15 2019 U.S. BANKRUPTCY COURT BY_____ DEPUTY**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Intercoastal Financial, LLC | Engie Resources, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 7954 Transit Rd. #144A
 Williamsville, New York 14221

Court Claim # (if known): 17
Amount of Claim: $20,419.20
Date Claim Filed: 10/29/2018

Phone: 716-867-7923
Last Four Digits of Acct #: 1

Phone: 713-636-1837
Last Four Digits of Acct. #: 1

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____  Date: 04/09/2019
 Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

INTERCOASTAL FINANCIAL, LLC
7954 TRANSIT RD. #144A
WILLIAMSVILLE, NY 14221



PAID
AMT $ 25.00
RCPT# 102116

UNITED STATES BANKRUPTCY COURT
*Western District of Texas*

In Re:

Dynalyst Corporation

Chapter 11

Case No.: 18-10860

*Debtor.*

### NOTICE OF TRANSFER OF CLAIM & ASSIGNMENT

THIS AGREEMENT, made this 5th day of *April, 2019*, by *Engie Resources, LLC*, having an address of *1990 Post Oak Blvd., Ste 1900, Houston, Texas 77056* (Assignor) and Intercoastal Financial, LLC., having an address of *7954 Transit Rd. #144, Williamsville, New York 14221* (Assignee).

WITNESSETH:   That

FOR VALUE RECEIVED, Assignor who is listed as a Creditor in the above captioned bankruptcy in the amount of $20,419.20 claim number 17, agrees to hereby grant, transfer, and assign to the Assignee all of the Assignor's right, title and interest in and to said claim number 17 in the *Dynalyst Corporation* bankruptcy case number: *18-10860*, filed in the United States Bankruptcy Court for the *Western District of Texas*.

The assignor covenants that there is now due from the Debtor the amount of *$20,419.20* in relation to work performed or product rendered to the Debtor and that there are no counter claims, set off rights or other causes of action held by the Debtor against the Assignor.

IN WITNESS WHEREOF, the Assignor has executed this Assignment as of the day and year first above written.

_____  - Naveen Rabie, Sr. Counsel
Engie Resources, LLC

NOTARY PUBLIC

State of ~~state~~ TX
County of HARRIS ) ss.:

On the 9th day of ~~month~~ April in the ~~year~~ 2019, before me, the undersigned, personally appeared NAVEEN RABIE, the subscribing witness to the foregoing instrument, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed his/her signature on the instrument..

_____
Notary Public



MARSHA FROST GRIFFIN
Notary ID #1561651
My Commission Expires
May 18, 2022